No. 473, Misc. CORNES v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 475, Misc. PIKE v. BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 476, Misc. CORBO v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 477, Misc. PHILLIPS v. INDIANA. Circuit Court of St. Joseph County, Indiana. Certiorari denied.

No. 452, Misc. RUPP v. TEETS, WARDEN. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *A. J. Zirpoli* for petitioner. *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 125. HARSH v. ILLINOIS TERMINAL RAILROAD CO., *ante,* p. 940;

No. 479. KANISCHER v. IRWIN OPERATING CO., *ante,* p. 942;

No. 495. CENTRAL MINE EQUIPMENT CO. v. BOWDIL COMPANY, *ante,* p. 936;

No. 505. BARTRON ET AL. v. DELAWARE RIVER JOINT TOLL BRIDGE COMMISSION, *ante,* p. 943;

No. 508. SOUTHERN BAKERS ASSOCIATION, INC. ET AL. v. UNITED STATES ET AL., *ante,* p. 941; and

No. 317, Misc. BROWN v. BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON, ET AL., *ante,* p. 939. Petitions for rehearing denied.